

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Larry Steven Hays,

Vs. No. 11-14-00293-CR

The State of Texas,

* From the 104th District
Court of Taylor County,
Trial Court No. 18536B.

* December 4, 2014

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.